# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL DANN, | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 08-5740 |
| LINCOLN NATIONAL CORP., et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this __20th __ day of April 2010, it is **ORDERED** that Defendants' Motion to Dismiss (Doc. # 51) is **DENIED** as qualified by the accompanying Memorandum. The parties shall file a joint proposed scheduling order by **May 7, 2010.**

s/Anita B. Brody
_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: