# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL DANN,<br>    Plaintiff | :<br>:<br>:    CIVIL ACTION |
| v. | :<br>:    NO. 08-5740 |
| LINCOLN NATIONAL CORP., et al.,<br>    Defendants | :<br>: |

## ORDER

**AND NOW**, this 10TH day of February, 2011, it is **ORDERED** that Plaintiff's Motion to Strike Certain of Defendants' Affirmative Defenses (Doc. # 85) is **GRANTED** as to Defendants' first and tenth defenses and **DENIED** as to Defendants' third, fourth, fifth, sixth, eighth, and ninth defenses. By March 2, 2011, Defendants may file an amended Answer in accordance with the accompanying Memorandum.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: